# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IBRAHIM AHMAD SWEDAN,

    Petitioner,

Civil Case Number: 08-14639
Criminal Number: 02-90009

v.

HON. MARIANNE O. BATTANI

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation, (Doc. 224), and no objections having been filed thereto,

**IT IS HEREBY ORDERED** that the Report and Recommendation is **ADOPTED**. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, (doc. 205), is **DENIED**.

    s/Marianne O. Battani
    MARIANNE O. BATTANI
    UNITED STATES DISTRICT JUDGE

Dated: September 3, 2009

### CERTIFICATE OF SERVICE

Copies of this Order were served upon Petitioner and counsel of record on this date by ordinary mail and/or electronic filing.

    s/Bernadette M. Thebolt
    Deputy Clerk